IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00015-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS GABRIEL MARQUEZ,

        Defendant.

---

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that Defendant, CARLOS GABRIEL MARQUEZ, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, at the Florence Satellite Camp, Florence, Colorado on December 19, 2005, by 12:00 Noon, and will travel at his own expense.

DATED at Denver, Colorado, this 6th day of December, 2005.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge